1  Michael H. Kim, Esq. (State Bar No. 200792)
   Adam K. Tanouye, Esq. (State Bar No. 304711)
2  **MICHAEL H. KIM, P.C.**
   475 El Camino Real, Suite 309
3  Millbrae, CA 94030
   Telephone: (650) 697-8899
4  Facsimile: (650) 697-8896
5
   Attorney for Plaintiff
6  YESENIA AGUINIGA GALVAN
7

8  Adam Y. Siegel, Esq. (State Bar No. 238568)
   **JACKSON LEWIS, P.C.**
9  725 South Figueroa Street, Suite 2500
   Los Angeles, CA 90017-5408
10 Telephone: (213) 689-0404
11 Facsimile: (415) 689-0430

12 Attorneys for Defendant
13 CLAIRE'S BOUTIQUES, INC.

14
                          **UNITED STATES DISTRICT COURT**
15
                         **NORTHERN DISTRICT OF CALIFORNIA**
16

17 | YESENIA AGUINIGA GALVAN, | ) Case No. 3:20-cv-06060-WHO |
18 |                          | )                              |
   |        Plaintiff,        | ) **STIPULATION AND ORDER OF**|
19 |        vs.               | ) **DISMISSAL WITH PREJUDICE** |
   |                          | )                              |
20 | CLAIRE'S BOUTIQUES, INC.; DOES 1 | ) |
21 | through 100,             | ) |
   |                          | ) |
22 |        Defendants.       | ) |
   |                          | ) |
23 |                          | ) |
   |                          | ) |
24 |_____| ) |
25

26      IT IS HEREBY STPULATED AND AGREED by and between the parties and/or their

27 respective counsel that the above-captioned action is dismissed with prejudice against all parties

28 pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.


                                STIPULATION FOR DISMISSAL

                                            1

1
2
3   Dated:  January 15, 2021               **MICHAEL H. KIM, P.C.**
4                                            /s/ Michael H. Kim
                                           Michael H. Kim, Esq.
5                                          Adam K. Tanouye, Esq.
                                           Attorney for Plaintiff
6                                          YESENIA AGUINIGA GALVAN
7
8
9   Dated: January 15, 2021                **JACKSON LEWIS, P.C.**
10
11                                           /s/ Adam Y. Siegel
                                           Adam Y. Siegel, Esq.
12                                         Attorneys for Defendant
                                           CLAIRE'S BOUTIQUES, INC.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR DISMISSAL

2

**ORDER**

Based upon the parties' stipulation, and good cause otherwise appearing, this action is dismissed with prejudice and the parties to bear their own legal fees and costs. The clerk is directed to close this case.

Dated: February 8, 2021



United States District Court Judge

STIPULATION FOR DISMISSAL